# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: <br> Audrey Conklin Moran <br><br> Debtor(s). | C/A No. 19-00508-dd <br> Chapter 7 <br><br> **ORDER GRANTING RELIEF FROM AUTOMATIC STAY** |

This matter is before the Court on motion (dkt. #10) of Ocwen Loan Servicing, LLC as servicer for U.S. BankNational Association, as Trustee, successor in interest to Bank of America National Association, as Trustee, successor by merger to LaSalle Bank Nati ("Movant") seeking relief from the automatic stay.  The Movant has waived claims arising under 11 U.S.C. §§ 503(b), 507(b) and agreed that any funds realized from the disposition of its collateral in excess of all liens, costs, and expenses will be paid to the trustee or bankruptcy estate.  Based upon the certification of Movant the motion is granted and it is

ORDERED that the automatic stay is lifted as to:  212 Lake Avenue, St. James, NY 11780 (the "collateral").  Movant may send any required notice to Debtor(s) and proceed with its remedies against the collateral.

**AND IT IS SO ORDERED**

**FILED BY THE COURT**
**03/04/2019**



Entered: 03/05/2019

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina