UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| IN RE: | ) | |
|---|---|---|
| | ) | B/K Case No. 19-00508-DD |
| Audrey Moran | ) | |
| | ) | Chapter 7 |
| Debtor(s). | ) | |

## STATEMENT OF NO INTEREST

Personally appeared before me Patrick Butler, Broker-in-Charge, with BK Global Real Estate Services, who, being duly sworn, states:

1. He is the Broker-in-Charge at BK Global Real Estate Services ("BKRES"), whose address is 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487 and whose telephone number is (561) 206-0067, the agency that Kevin Campbell, Trustee, desires to employ for the Estate of the above-referenced Debtor as Real Estate Broker for the Bankruptcy Estate.

2. He and the firm are disinterested persons as defined in 11 U.S.C. §101(14).

3. Neither he nor BKRES has any connection with the Debtor, any creditors of the estate, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee except that BKRES has been employed by the trustee in past, present and future cases

4. He is not aware of any conflict of interest that would prohibit or impair his or the agency's employment in this case.

BK Global Real Estate Services,
Patrick Butler:

By: _____
Patrick Butler, Broker-in-Charge

SWORN TO BEFORE ME this the
_____ day of April, 2019

Notary Public, State of Florida
My Commission expires:



Notary Public State of Florida
Priscilla L Melendrez
My Commission GG 156838
Expires 10/31/2021